476 A.2d 100

Commonwealth v. Darcy, Appellant.

Argued February 8, 1984. Thomas A. Crawford, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Appeal quashed.